**Electronically Filed
Supreme Court
SCWC-29440
14-MAR-2014
10:10 AM**

SCWC-29440

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAUAI SPRINGS, INC.,
Petitioner/Appellant-Appellee,

vs.

PLANNING COMMISSION OF THE COUNTY OF KAUAʻI,
Respondent/Appellee-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29440; CIV. NO. 07-1-0042)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on February 28, 2014, is corrected as follows:

1. On page 107, in the attorney credits, add the

following:

> Issac Moriwake
> on the brief for *Amici Curiae*
> Mālama Kauaʻi and Hawaii's Thousand Friends
>
> Jon M. Van Dyke
> Ernest M. Kimoto
> on the brief for *Amicus Curiae*
> Office of Hawaiian Affairs

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, March 14, 2014.

/s/ Richard W. Pollack

Associate Justice